**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar # 207387
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Decker@luch.com

Counsel for Plaintiffs,
Trustees of the Operating Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NANCIE'S SWEEPING, INC., a California corporation,<br><br>　　　　Defendant. | CASE NO.: CV 08-05287 SVW (FFMx)<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, DOUBLE INTEREST, AND COSTS**<br><br>DATE:　　October 5, 2009<br>TIME:　　1:30 p.m.<br>CTRM:　　6 |

**PLEASE TAKE NOTICE** that the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust (collectively "Trustees") will move the Court in Courtroom 6, on October 5, 2009, at 1:30 p.m. located at 312 North Spring Street, Los Angeles, California 90012, before the Honorable Steven V. Wilson, United States District Judge, for an order awarding double prejudgment interest of $136,417.84, attorneys' fees of

$199,195.43, and audit costs of $5,000.00 in favor of the Trustees and against defendant Nancie's Sweeping, Inc.

This motion will be based on this notice, the declarations of Marija Kristich Decker, Michael Babel, and Angelo Nicodemo, and the memorandum of points and authorities filed herewith, the proposed judgment lodged herewith, and on all the pleadings and documents on file herein.

Respectfully submitted,

DATED: September 14, 2009   LAQUER URBAN CLIFFORD & HODGE LLP

By: /S/ - *Marija Kristich Decker*
Marija Kristich Decker
Counsel for Plaintiffs Trustees of the
Operating Engineers Pension Trust, et al.