1
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10
11  TRUSTEES OF THE OPERATING              CASE NO.: CV 08-05287 SVW (FFMx)
    ENGINEERS PENSION TRUST,
12  TRUSTEES OF THE OPERATING
    ENGINEERS HEALTH AND WELFARE           **JUDGMENT**
13  FUND, TRUSTEES OF THE OPERATING
    ENGINEERS VACATION-HOLIDAY
14  SAVINGS TRUST, AND TRUSTEES OF
    THE OPERATING ENGINEERS
15  TRAINING TRUST,
16              Plaintiffs,
17       vs.
18  NANCIE'S SWEEPING, INC. a California
    corporation,
19
                Defendant.
20
21
22       The above-captioned case came on regularly for trial before the Honorable

23  Steven V. Wilson, United States District Judge presiding.  The Court conducted a

24  bench trial on July 8, 2009.  Marija Kristich Decker and Brian Ray Hodge of Laquer,

25  Urban, Clifford & Hodge, LLP, appeared as counsel for plaintiffs, Trustees of the

26  Operating Engineers Pension Trust, et al.  Todd R. Haas of Selman & Breitman, LLP,

27  appeared as counsel for defendant Nancie's Sweeping, Inc.  This Court having issued

28  its Findings of Fact and Conclusions of Law and having ordered entry of judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Nancie's Sweeping, Inc., a California corporation, the principal amount of $416,161.89, attorney's fees of $199,195.43, and cost of suit to be determined, together with post-judgment interest thereon at the rate provided by law, until paid in full.

DATED: _____      _____

UNITED STATES DISTRICT JUDGE

- 1 -
**JUDGMENT**

243963.1