**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar # 207387
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Decker@luch.com

Counsel for Plaintiffs,
Trustees of the Operating Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>NANCIE'S SWEEPING, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 08-05287 SVW (FFMx)<br><br>**DECLARATION OF ANGELO NICODEMO IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, DOUBLE INTEREST, AND COSTS**<br><br>DATE:     October 5, 2009<br>TIME:     1:30 p.m.<br>CTRM:    6 |

I, ANGELO T. NICODEMO, declare and say:

1.   I am over eighteen years of age and I am a resident of the County of Los Angeles, States of California.

2.   I am a certified public accountant and a principal in the firm of Bernard Kotkin & Company. I have practiced my profession in that firm for more than forty years.

- 1 -
DECLARATION OF ANGELO NICODEMO IN SUPPORT OF MOTION FOR ATTORNEYS' FEES

242753.1

3.  Bernard Kotkin & Company has offices located at 533 South Fremont Avenue, Suite 802, Los Angeles, California, and is a California partnership which had its origins in 1932. Bernard Kotkin & Company provides a variety of accounting services such as auditing, including welfare claims audits and employer audits, general accounting, tax preparation and consultation and computer systems installation and training. In addition, we provide audit, accounting and EDP consultation services. Our clients include approximately sixty multi-employer, Taft-Hartley Trust Funds. Attached as **Exhibit "A"** and incorporated herein by this reference is a list of the current clients of Bernard Kotkin & Company which are multi-employer trust funds (employee benefit plans) with boards of trustees appointed by employers and unions under the Taft-Hartley Act.

4.  Based on my experience in providing professional accounting services to the clients of Bernard Kotkin & Company, I am personally familiar with the hourly rates of legal fees charged to our clients by various law firms for legal advice and representation. The hourly rates currently charged to the Trust Funds with which I am familiar range from a low of $125.00 per hour to $350.00 per hour or higher, with a majority of law firms charging between $200.00 per hour and $350.00 per hour.

5.  I have reviewed the hourly rates charged by Laquer, Urban, Clifford & Hodge LLP, which is $160.00-$280.00 per hour for attorneys and $95.00 per hour for paralegals, with respect to the Operating Engineers Trust Funds. I believe the hourly rates for attorneys and paralegals are reasonably within the range of fees charged by law firms for similar services in this area.

///
///
///
///
///
///

1     I declare under penalty of perjury under the laws of the United States and the
2 State of California that the foregoing is true and correct to the best of my knowledge
3 and belief.
4
5     Executed at Los Angeles, California this __9__ day of September 2009.

                                                */s/ Angelo T. Nicodemo*
                                            ANGELO T. NICODEMO

DECLARATION OF ANGELO NICODEMO IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

242753.1