Exhibit "A"

## BERNARD KOTKIN & COMPANY

### TRUST FUND CLIENT LIST

Acoustical Industry Advancement Fund, Inc.
Affiliated Health Funds
California Field Ironworkers Administrative Trust
California Ironworkers Field Welfare Plan
California Ironworkers Field Pension Trust
California Ironworkers Vacation Trust Fund
California Field Ironworkers Annuity Trust Fund
California Ironworkers' Employees Benefit Corporation
Northern California Shop Ironworkers Apprenticeship and Training Trust
California Field Ironworkers Labor Management Cooperative Committee Trust
Southwest Carpenters Health & Welfare Trust
Southwest Carpenters Pension Trust
Southwest Carpenters Vacation Trust
Southwest Carpenters Training Fund
Southwest Carpenters Administrative Corporation
Vacation Trust Carpenters Local No. 1780 Southern Nevada
Carpenters for Southern Nevada Annuity Trust Fund
Carpenters-Contractors Cooperation Committee, Inc.
Carpenters Contractors Workers' Compensation Fund
Construction Industry Advancement Fund
Contract Administration Trust Fund for Carpenters-Management Relations
California Drywall/Lathing Industry Labor-Management Cooperation Committee, Inc.
Southern California Surveyors Joint Apprenticeship Committee
Engineers and Architects Association
Fishermen's & Allied Workers Pension Trust
Fund for Construction Industry Advancement
Independent Guard Association of Nevada
IBEW Local 952 Health and Welfare Fund
IBEW International Brotherhood Local 952 General Fund
Ventura County Joint Apprentice & Training Trust Fund
IBEW Local 952 Building Trust
Electrical Workers Local 952 Joint Apprenticeship Trust Fund
Electrical Workers Local 952 PensionTrust Fund
Electrical Workers Local 952 401K Trust Fund
I.A.T.S.E. Local 857 Welfare Fund
International Association of Bridge, Structural and Ornamental
   Ironworkers Local 229
International Association of Bridge, Structural and Ornamental Ironworkers Local 433
Kern County Electrical Workers Pension Plan
Kern County Electrical Workers Health and Welfare Fund
Kern County Electrical Workers Journeyman and Apprentice Training Trust
Local 234 IBEW Retirement Fund
Local 234 IBEW General Fund
Local 234 IBEW Building Corporation
IBEW Educational & Training Fund
Monterey Bay Area Labor Management Cooperative Fund
Modelers, Sculptors, Ornamental Plasterers and Cement Masons Local 755
Motion Picture Costumers, Local 705
Musician's Union Local 47 and Employers Health and Welfare Fund
Paper Allied-Industrial, Chemical and Energy Workers, International Union

Page 1

Operating Engineers Health and Welfare Fund
Operating Engineers Pension Trust
Operating Engineers Journeyman and Apprentice Training Trust
Operating Engineers Vacation-Holiday Savings Trust
Operating Engineers 401K Plan
Operating Engineers Contract Compliance Trust
Reinforced Ironworkers Local 416
Shopmen Ironworkers Local 509
Shopmen Iron Workers Health and Welfare Trust Fund
Shopmen Iron Workers Retirement Plan of Southern California
Shopmen Iron Workers Apprenticeship Trust Fund
Southern California Drywall Finishers Labor/Management Cooperation Committee
Lathing Joint Conference Board of Local No. 440
Southern California Lathing Systems Joint Apprenticeship and Training Trust
Southern California Lathing Industry Health and Welfare Trust Fund
Southern California Lathing Industry Vacation Trust Fund
Southern California Lathing Industry Pension Trust Fund
Southern California Pipe Trades Administrative Corporation
Southern California Pipe Trades Health and Welfare Fund
Southern California Pipe Trades Vacation and Holiday Fund
Southern California Pipe Trades Christmas Bonus Fund
Southern California Pipe Trades Defined Contribution Fund
Southern California Pipe Trades Retirement Fund
Southern Nevada Operating Engineers Journeyman and Apprentice Training Trust
Southern Nevada Operating Engineers Vacation-Holiday Savings Trust
Southern Nevada Operating Engineers Contract Compliance Trust
Union Roofers Administrative Fund
Union Roofers Annuity Fund
Union Roofers Health and Welfare Fund
Union Roofers Joint Apprenticeship and Training Fund
Union Roofers Vacation Fund
United Brotherhood of Carpenters and Joiners of America Local 440
United General Contractors, Inc.

Page 2