| | |
|---|---|
| 1 | **LAQUER, URBAN, CLIFFORD & HODGE LLP** |
| 2 | Marija Kristich Decker, State Bar # 207387<br>225 South Lake Avenue, Suite 200 |
| 3 | Pasadena, California  91101-3030<br>Telephone: (626) 449-1882 |
| 4 | Facsimile: (626) 449-1958<br>Decker@luch.com |
| 5 | Counsel for Plaintiffs, |
| 6 | Trustees of the Operating Engineers Pension Trust, et al. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>           Plaintiffs,<br><br>      v.<br><br>NANCIE'S SWEEPING, INC., a California corporation,<br><br>           Defendant. | CASE NO.: CV 08-05287 SVW (FFMx)<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT** |

///
///
///
///
///
///
///

- 1 -
**NOTICE OF LODGING [PROPOSED] JUDGMENT**

249126.1

1  TO THE HONORABLE STEPHEN V. WILSON, AND TO EACH PARTY,
2  AND THEIR RESPECTIVE ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that Defendants hereby lodge the following
4  [Proposed] Judgment and request that the Court enter judgment in accordance with the
5  Court's order dated October 6, 2009.

Respectfully submitted,

DATED:  October 9, 2009      **LAQUER URBAN CLIFFORD & HODGE LLP**

By: /S/ - *Marija Kristich Decker*
Marija Kristich Decker
Counsel for Plaintiffs Trustees of the
Operating Engineers Pension Trust, et al.