UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, AND TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NANCIE'S SWEEPING, INC. a California corporation,<br><br>    Defendant. | CASE NO.: CV 08-05287 SVW (FFMx)<br><br><br>**JUDGMENT** |

The above-captioned case came on regularly for trial before the Honorable Steven V. Wilson, United States District Judge presiding. The Court conducted a bench trial on July 8, 2009. Marija Kristich Decker and Brian Ray Hodge of Laquer, Urban, Clifford & Hodge, LLP, appeared as counsel for plaintiffs, Trustees of the Operating Engineers Pension Trust, et al. Todd R. Haas of Selman & Breitman, LLP, appeared as counsel for defendant Nancie's Sweeping, Inc. This Court having issued its Findings of Fact and Conclusions of Law and Order Granting Plaintiffs' Motion

1  For Attorney Fees, Double Interest and Costs, and having ordered entry of judgment,

2  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs
3  Trustees of the Operating Engineers Pension Trust, Trustees of the Operating
4  Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-
5  Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall
6  recover from defendant Nancie's Sweeping, Inc., a California corporation, the
7  principal amount of $416,161.89, attorney's fees of $195,145.43, and costs of suit of
8  _____, together with post-judgment interest thereon at the rate provided by
9  law, until paid in full.

12  DATED: _____

13  UNITED STATES DISTRICT JUDGE

- 1 -
**JUDGMENT**

248921.1