UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, AND TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>      Plaintiffs,<br><br>  vs.<br><br>NANCIE'S SWEEPING, INC. a California corporation,<br><br>      Defendant. | CASE NO.: CV 08-05287 SVW (FFMx)<br><br>**JUDGMENT** |

The above-captioned case came on regularly for trial before the Honorable Steven V. Wilson, United States District Judge presiding. The Court conducted a bench trial on July 8, 2009. Marija Kristich Decker and Brian Ray Hodge of Laquer, Urban, Clifford & Hodge, LLP, appeared as counsel for plaintiffs, Trustees of the Operating Engineers Pension Trust, et al. Todd R. Haas of Selman & Breitman, LLP, appeared as counsel for defendant Nancie's Sweeping, Inc. This Court having issued its Findings of Fact and Conclusions of Law and Order Granting Plaintiffs' Motion

For Attorney Fees, Double Interest and Costs, and having ordered entry of judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Nancie's Sweeping, Inc., a California corporation, the principal amount of $416,161.89, attorney's fees of $195,145.43, and costs of suit of _____, together with post-judgment interest thereon at the rate provided by law, until paid in full.

DATED: October 14, 2009

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

- 1 -
**JUDGMENT**

248921.1