*WHEN RECORDED MAIL TO:*

Marija Kristich Decker, SBN 207387
Laquer, Urban, Clifford & Hodge LLP
225 South Lake Ave., Suite 200
Pasadena, CA 91101

*FOR OFFICE USE ONLY*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trustees of the Operating Engineers Pension Trust, et al.. <br> **PLAINTIFF(S),** <br> v. <br> Nancie's Sweeping, Inc., a California corporation <br> **DEFENDANT(S).** | CASE NUMBER: <br> CV 08-05287 SVW (FFMx) <br><br> ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on **October 19, 2009**

in favor of Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training ~~Trust~~

whose address is **100 East Corson Street, Pasadena, CA 91103**

and against **Nancie's Sweeping, Inc., a California corporation**

whose last known address is **5747 Beverly Hills Drive, Whittier, CA 90601**

for $ **416,161.89** Principal, $ **0.00** Interest, $ **16,776.12** Costs,

and $ **195,145.43** Attorney Fees.

ATTESTED this **9th** day of **December**, 20 **09**.

Judgment debtor's driver's license no. and state; _____ ☒ Unknown.

Judgment debtor's Social Security number; _____ ☒ Unknown.

☒ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

5747 Beverly Hills Drive
Whittier, CA 90601

*FOR OFFICE USE ONLY*

CLERK, U. S. DISTRICT COURT

**CHRISTOPHER POWERS**

By _____
Deputy Clerk   SEAL

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (06/01)                ABSTRACT OF JUDGMENT/ORDER