**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar # 207387
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Decker@luch.com

Counsel for Plaintiffs,
Trustees of the Operating Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>NANCIE'S SWEEPING, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 08-05287 SVW (FFMx)<br><br>**[AMENDED] NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br>**Date:** Thursday, November 12, 2009<br>**Time:** 10:00 a.m.<br>**Location:** 312 N. Spring Street<br>Los Angeles, CA 90012 |

PLEASE TAKE NOTICE that on November 12, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., will apply to the Clerk of the Court located at 312 North Spring Street, Los Angeles, California, to enter its Bill of Costs in the amount of $27,848.94 in the form attached hereto as **Exhibit "A."**

Dated: October 29, 2009            LAQUER, URBAN, CLIFFORD & HODGE LLP

By:  /S/ - *Marija Kristich Decker*
      Marija Kristich Decker
      Counsel for Plaintiffs